UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60079-CIV-DIMITROULEAS

DAWN M. MCCARTHY,

     Plaintiff,

vs.

WEST ASSET MANAGEMENT, INC.,

     Defendant.

_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon the Plaintiff's Notice of Voluntary Dismissal, filed herein on February 13, 2008. [DE-4].  The Court has carefully considered the Notice and is otherwise fully advised in the premises.  The Court notes that the Defendant has yet to file either an answer or a motion for summary judgment.  Fed. R. Civ. P. 41(a)(1).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.       The above-styled action is hereby **DISMISSED WITH PREJUDICE**.

2.       The Clerk shall deny any pending motions as moot.

3.       The Clerk shall close this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of February, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Donald A. Yarbrough, Esquire